UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUNYA ZHANG,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

Respondents.

Case No.:  3:26-cv-3331-CAB-MSB

**ORDER DISMISSING PETITION
FOR A WRIT OF HABEAS CORPUS**

Petitioner Junya Zhang, an immigration detainee proceeding pro se, has filed a second petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner was detained on November 9, 2025.

In response to the first habeas petition, this Court ordered Respondents to provide Petitioner a bond hearing under 8 U.S.C. § 1226.  [*See* Case No. 3:26-cv-468-CAB-MSB.] Petitioner received a bond hearing on February 12, 2026; the immigration judge ("IJ") denied bond.  [Doc. No. 5.]  Petitioner's removal proceedings remain ongoing.  Petitioner received a merits hearing on June 8, 2026; the IJ denied all relief and ordered Petitioner removed to China.  [Doc. No. 5 at 2.]  Petitioner has until July 8, 2026 to appeal the IJ's removal decision to the Board of Immigration Appeals ("BIA").  [*Id.*]

1

The Court **DISMISSES** the Petition because pursuing habeas review of an IJ's adverse bond determination before appealing to the BIA is an improper shortcut. *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).  Only once Petitioner has exhausted his administrative remedies by appealing to *and* receiving a decision from the BIA may he seek relief of that bond determination via a habeas petition to this Court. *Id.*

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: July 2, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3331-CAB-MSB